IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR367-1 |
| | : | |
| CHRISTOPHER SHANE JENKINS | : | |

<u>GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO COMPEL</u>

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and states the following in response to the Defendant's motion to compel.

On June 2, 2015, JENKINS filed a motion asking this Court to compel discovery of the Government's alleged use of International Mobile Subscriber Identity catchers or cell site simulators in this case. The information in the Government's file related to the instant investigation makes no mention of any such cellular telephone tracking technology being used. Instead, the investigative file indicates that it was an anonymous tip provided to the police that led officers to JENKINS's location at the Traveler's Inn. Undersigned counsel

confirmed today with law enforcement that no electronic surveillance was used to locate JENKINS.

JENKINS's motion to compel should be denied.

This the 3rd day of June, 2015.

Respectfully submitted,

RIPLEY RAND
UNITED STATES ATTORNEY


/S/ ANDREW C. COCHRAN
Special Assistant United States Attorney
NCSB #35216
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street
Winston-Salem, NC  27101

2

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Dusenbury, Jr.

>	/S/ ANDREW C. COCHRAN
>	Special Assistant United States Attorney
>	NCSB #35216
>	United States Attorney's Office
>	Middle District of North Carolina
>	251 N. Main Street
>	Winston-Salem, NC  27101

3

Case 1:14-cr-00367-UA   Document 12   Filed 06/03/15   Page 3 of 3